

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7003 2260 0003 1398 5599**
Detailed Results:

- Delivered, September 11, 2006, 9:12 am, HORSHAM, PA 19044
- Arrival at Unit, September 11, 2006, 8:36 am, HORSHAM, PA 19044
- Acceptance, September 08, 2006, 3:55 pm, SAN JOSE, CA 95113

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  *John Custer*    ☒ Agent  ☐ Addressee |
| | B. Received by ( Printed Name )    C. Date of Delivery  9/11 |
| 1. Article Addressed to:<br><br>NCO FINANCIAL SYSTEMS INC.<br>507 PRUDENTIAL ROAD<br>HORSHAM, PA 19044 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0003 1398 5599 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

**EXHIBIT 3**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do        9/15/2006