# NCO FINANCIAL SYSTEMS INC

FORMERLY RISK MANAGEMENT ALTERNATIVES, INC.
507 Prudential Road, Horsham, PA 19044

1-215-442-8303
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Sep 14, 2006

Calls to or from NCO Financial Systems, Inc. may be monitored or recorded for quality assurance.

```
6B18ET                          2589
ROBERT ZUCHOWSKI
1840 MESITA WAY
SAN JOSE CA    95124-1636
```

CREDITOR: LVNV Funding,LLC
ACCOUNT #: 4024116009970003
REGARDING: 132250368
PRINCIPAL: $ 2032.06
INTEREST: $ 454.29
INTEREST RATE: 20.000%
COLLECTION CHARGES: $ 0.00
COSTS: $ 0.00
OTHER CHARGES: $ 0.00
TOTAL BALANCE: $2486.35

Dear ROBERT ZUCHOWSKI,

We have been unable to come to an agreed repayment plan with you regarding this debt. We can offer you a settlement for less than the full balance on your account. Unless we enter into a mutually acceptable agreement, the account will be returned to LVNV Funding,LLC for review for referral to an attorney licensed in your state.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is C6B18ET9-9B6E5Z9.

Please contact us at 1-215-442-8303.



EXHIBIT 4

Should you choose not to accept this offer, your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

---

| Account # | Total Balance |
|---|---|
| 6B18ET | $ 2486.35 |

ROBERT ZUCHOWSKI

Payment Amount

$ .

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCO D5
2589

0199006B18ET0000000010000000002486359

PO BOX 15630
DEPT 99
WILMINGTON DE 19850

TB19ET
ROBERT ZUCHOWSKI
1840 MESITA WAY
SAN JOSE CA 95124-1636
2589

FIRST-CLASS

FIRST-CLASS MAIL
PRESORTED
US POSTAGE
PAID
PSC