IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. ZUCHOWSKI,<br><br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., a<br>Pennsylvania corporation,<br><br>    Defendant. | Case No. C07-03986-JW-HRL<br><br>**ADR CERTIFICATION BY PARTIES<br>AND COUNSEL** |

   Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

   (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   (2) Discussed the available dispute resolution options provided by the Court and private entities; and

   (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 18, 2007

                       Robert W. Zuchowski, Plaintiff

Dated: September 18, 2007

                       Fred W. Schwinn, Esq.
                       Attorney for Plaintiff