DEBBIE E. KIRKPATRICK, ESQ. (SBN 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3667 Voltaire Street
San Diego, California 92106
Telephone: (619) 758-1891
Facsimile: (619) 222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT W. ZUCHOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,<br><br>    Defendant. | Case No.: C07-03986 JW HRL<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ROBERT W. ZUCHOWSKI and Defendant, NCO FINANCIAL SYSTEMS, Inc., stipulate, and the Court hereby orders, as follows:

///

///

///

///

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ROBERT W. ZUCHOWSKI, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 18, 2007  /s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
NCO Financial Systems, Inc.

Dated: October 22, 2007  /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
Robert W. ZuchowskiSr.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:
_____
The Honorable James Ware
United States District Judge

2
**STIPULATION OF DISMISSAL WITH PREJUDICE**