1  DEBBIE E. KIRKPATRICK, ESQ. (SBN 207112)
2  SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
   3667 Voltaire Street
3  San Diego, California 92106
   Telephone: (619) 758-1891
4  Facsimile: (619) 222-3667
5  dkirkpatrick@sessions-law.biz

6  Attorney for Defendant NCO Financial Systems, Inc.

7

8
                  UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  ROBERT W. ZUCHOWSKI,              )
                                      )    Case No.: C07-03986 JW HRL
13         Plaintiff,                 )
                                      )
14    vs.                             )
                                      )    STIPULATION OF DISMISSAL
15  NCO FINANCIAL SYSTEMS, INC., a    )    WITH PREJUDICE AND
    Pennsylvania corporation,         )    [PROPOSED] ORDER
16                                    )
17         Defendant.                 )    Fed. R. Civ. P. 41(a)(1)
                                      )
18                                    )

19

20      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ROBERT W. ZUCHOWSKI

21  and Defendant, NCO FINANCIAL SYSTEMS, Inc., stipulate, and the Court hereby

22  orders, as follows:

23

24  ///

25  ///

26  ///

27  ///

28

                                      1
              **STIPULATION OF DISMISSAL WITH PREJUDICE**

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ROBERT W. ZUCHOWSKI, against Defendant, NCO FINANCIAL SYSTEMS, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: October 18, 2007        /s/ Debbie P. Kirkpatrick
                               Debbie P. Kirkpatrick, Esq.
                               Attorney for Defendant,
                               NCO Financial Systems, Inc.


Dated: October 22, 2007        /s/ Fred W. Schwinn
                               Fred W. Schwinn, Esq.
                               Attorney for Plaintiff
                               Robert W. ZuchowskiSr.


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.
The Clerk shall close the file.
Dated: October 26, 2007

_____
The Honorable James Ware
United States District Judge

2
**STIPULATION OF DISMISSAL WITH PREJUDICE**